AO 98A (9/01) Includes violations of Conditions of Release as well as non-appearance as grounds for forfeiture.

Case 1:06-cr-00361-LJO   Document 9   Filed 10/20/06   Page 1 of 2

# United States District Court

**EASTERN** District of **CALIFORNIA**

FILED
OCT 20 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES OF AMERICA

V.

DAVID WILLIAM UNGER
Defendant

## APPEARANCE AND COMPLIANCE BOND

Case Number: 1:06-MJ-00257

Non-surety: I, the undersigned defendant acknowledge that I and my . . .
Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ 101,000.00 , and there has been deposited in the Registry of the Court the sum of
$ -0- in cash or N/A (describe other security.)

The conditions of this bond are that the defendant, DAVID William Unger (Name)
is to (1) appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred; (2) comply with all conditions of release imposed by the court, and (3) abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on 10-20-2006 at U.S. District Court, ED of CA
Fresno, California
Date                                              Place

Defendant _____ Address _____
X Surety   Janice Unger           Address _____
  Surety   Madera, Calif.         Address _____

Signed and acknowledged before me on October 20, 2006
                                         Date
                                         
                                         Judicial Officer/Clerk

Approved: _____

cc: AUSA, PTS, Fed Defender

## JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at _residence_____

_____; and that my net worth is the sum of

_Ten Thousand_____ dollars ($ _10,000_ ).

I further state that

x _Janice Unger_____
                                   Surety

Sworn to before me and subscribed in my presence on _October 20, 2006_
                                                                                   Date

at   U.S. District Court, ~~1130 O Street~~ 2500 Tulare Street, Fresno, California
                                                                 Place

_H. A. HERMAN_, Deputy Clerk                        _[signature]_
      Name and Title                                      Signature of Judicial Officer/Clerk

---

I, the undersigned surety, state that I reside at _____

_____; and that my net worth is the sum of

_____ dollars ($ _____ ).

I further state that


                                                              _____
                                                                                   Surety

Sworn to before me and subscribed in my presence on _____
                                                                                   Date

at   U.S. District Court, ~~1130 O Street~~, Fresno, California
                                                                 Place

_____Deputy Clerk_____                          _____
      Name and Title                                      Signature of Judicial Officer/Clerk

Justification Approved: _[signature]_____
                                                Judicial Officer