IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. F-06-00361 OWW |
| Plaintiff, | ) | |
| v. | ) | |
| DAVID WILLIAM UNGER, | ) | |
| Defendant. | ) | |

## ORDER

It is ORDERED that the initial status conference in district court be calendared for November 13, 2006, at 1:30 p.m.

IT IS SO ORDERED.

**Dated: November 7, 2006**           /s/ Oliver W. Wanger
emm0d6                         UNITED STATES DISTRICT JUDGE