John H. Feiner (Bar No. 089201)

One Park Plaza

Suite 600

Irvine, CA 92614

Tel.: (949) 852-7345

Fax: (949) 852-7346

Attorney for Defendant
David Unger

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) ) | Case No. CR-F-06-00361 LJO |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | ORDER |
| DAVID UNGER, | ) ) |  |
| Defendant. | ) ) |  |

Inasmuch as Defense Counsel John H. Feiner will be out of state on April 6, 2007; and Inasmuch as the final Status Conference is scheduled for the same date;
The parties, through their undersigned counsel of record, do stipulate and agree as follows:
1. That the Status Conference be continued to April 20, 2007; and
2. That the time between April 6, 2007, and April 20, 2007, be excluded for purposes of the Speedy Trial Act for purposes of continuity of counsel, defense preparation, and consideration by the defendant of an offer to settle the case by the government.

Dated: April 3, 2007.   By:   /s/ John H. Feiner
John H. Feiner
Attorney for Defendant
David Unger

Dated: March 29, 2007.   By:   /s/ David L. Gappa
David L. Gappa
Attorney for Plaintiff

1

| | |
|---|---|
| 1 | |
| 2 | United States of America |
| 3 | ORDER |

4  The Court having considered the Stipulation of Counsel to Continue Status Conference, good

5  cause appearing therefore,

6

7  IT IS HEREBY ORDERED that the Status Conference, previously scheduled for April 6,

8  2007, is continued to April 20, 2007, at 9:00 a.m.

9  IT IS SO ORDERED.

10  **Dated:   April 4, 2007**          /s/ Lawrence J. O'Neill

11  66h44d                                UNITED STATES DISTRICT JUDGE

2