DANIEL J. BRODERICK, Bar #89424
Federal Defender
ROBERT W. RAINWATER, Bar No. 67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID WILLIAM UNGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>DAVID WILLIAM UNGER,<br><br>    *Defendant.* | NO. 1:06-cr-00361 LJO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; AND [PROPOSED] ORDER THEREON<br><br>Date: November 2, 2007<br>Time: 8:45 a.m.<br>Dept : Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above captioned matter now scheduled for October 12, 2007, **may be continued to November 2, 2007 at 8:45 a.m.**

The continuance sought is at the request of defense counsel. At the last hearing on September 28, 2007, Mr. Unger's prior attorney, David Feiner, agreed to send a copy of his file to the undersigned counsel by Fed Express overnight delivery. Mr. Feiner's file was received on October 1, 2007. Counsel for defendant has contacted the California State Bar, who has advised counsel that they have a file for Mr. Unger that they took in a search of Mr. Feiner's office. The state bar informed counsel for defendant, yesterday, October 9, 2007, that they had finished their review of the file and would be forwarding that file to counsel. The above time is necessary for counsel to receive Mr. Unger's file from the state bar, to review it with Mr. Unger, and to prepare for either a sentencing hearing or a motion to withdraw his plea.

///

1 | The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: October 10, 2007    By  /s/ David L. Gappa
DAVID L. GAPPA
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: October 10, 2007    By  /s/ Robert W. Rainwater
ROBERT W. RAINWATER
Assistant Federal Defender
Attorney for Defendant
DAVID WILLIAM UNGER

## ORDER

GOOD CAUSE EXISTS, BOTH FOR THE CONTINUANCE AND FOR THE EXCLUSION OF TIME.

Stipulation to Continue Status Conference IT IS SO ORDERED.

**Dated:  October 10, 2007**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE