| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | ROBERT W. RAINWATER, Bar No. 67212 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | DAVID WILLIAM UNGER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:06-cr-00361 LJO |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE SENTENCING |
| v. | ) HEARING; AND ORDER THEREON |
| | ) |
| DAVID WILLIAM UNGER, | ) Date: November 16, 2007 |
| | ) Time: 8:45 a.m. |
| Defendant. | ) Dept : Hon. Lawrence J. O'Neill |
| | ) |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above captioned matter now scheduled for November 9, 2007, **may be continued to November 16, 2007, at 8:45 a.m.**

This continuance is sought at the request of defense counsel due to a personal matter which requires him to be out of the office on November 9, 2007.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h) and 3161(h)(8)(B)(i) and (iv).

///

///

///

///

|  |  | McGREGOR M. SCOTT<br>United States Attorney |
|---|---|---|
| DATED: October 31, 2007 | By | /s/ David L. Gappa<br>DAVID L. GAPPA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  |  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: October 31, 2007 | By | /s/ Robert W. Rainwater<br>ROBERT W. RAINWATER<br>Assistant Federal Defender<br>Attorney for Defendant<br>DAVID WILLIAM UNGER |

**ORDER**

PURSUANT TO THE STIPULATION OF COUNSEL, GOOD CAUSE EXISTS TO CONTINUE THE

District of California

Unger - Stipulation to Continue Status ConferenceIT IS SO ORDERED.

**Dated:  October 31, 2007**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE