# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>  vs.<br>DAVID WILLIAM UNGER,<br><br>           Defendants. | CASE NO. CR F 06-0361 LJO<br><br>**ORDER TO DENY ATTEMPT TO APPEAL**<br>(Doc. 56.) |

This Court DENIES as moot defendant's motion to pursue an appeal in that no appeal may be taken with denial of a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B).

IT IS SO ORDERED.

**Dated:   January 28, 2011**                /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE