IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 06-0361 LJO |
| Plaintiff, | **FINAL ORDER TO RELIEF** |
| vs. | (Doc. 61.) |
| DAVID W. UNGER, | |
| Defendant. | |

On April 20, 2007, defendant David W. Unger ("defendant") plead guilty to violation of 18 U.S.C. § 2252(a)(4)(B), possession of material involving the sexual exploitation of minors. On November 16, 2007, defendant was sentenced to 87 months imprisonment. Since his sentencing, defendant has filed numerous papers (many of which were untimely) with this Court and the Ninth Circuit Court of Appeals to attempt unsuccessfully to challenge his sentence and to obtain related relief. This Court has reviewed the record and all papers filed by defendant. The record and papers filed by defendant fail to support relief requested by defendant, including a sentence reduction, setting aside his sentence or related relief. *See Crain v. Commissioner*, 737 F.2d 1417, 1417 (5th Cir. 1984) ("We perceive no need to refute these arguments with somber reasoning and copious citation of precedent; to do so might suggest that these arguments have some colorable merit.") On June 4, 2013, defendant again filed papers seeking relief which this Court is unable to grant. As such, this Court DENIES defendant relief requested by his papers filed on June 4, 2013 and directs the clerk to term doc. 61.

This Court ADMONISHES defendant that it will tolerate no further frivolous filings and will

strike and return such documents to defendant.

IT IS SO ORDERED.

Dated:     **June 6, 2013**                    /s/  **Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE