IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:06-cr-00361-001 LJO |
|---|---|
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| DAVID WILLIAM UNGER, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant David William Unger shall be released to a representative of the Fresno Rescue Mission from the Fresno County Jail on Tuesday, May 22, 2018, at 10:00 a.m. to be admitted and complete residential program.

Status Conference re: Drug Treatment program set for November 5, 2018 at 8:30am.

IT IS SO ORDERED.

Dated: **May 21, 2018**              /s/ Lawrence J. O'Neill
                                  UNITED STATES CHIEF DISTRICT JUDGE