| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Counsel for Defendant |
| 6 | DAVID WILLIAM UNGER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:06-CR-00361 LJO |
| | ) | |
| *Plaintiff,* | ) | **STIPULATION TO CONTINUE** |
| | ) | **EVIDENTIARY/STATUS CONFERENCE** |
| vs. | ) | **HEARING; ORDER** |
| | ) | |
| DAVID WILLIAM UNGER, | ) | |
| | ) | |
| *Defendant.* | ) | DATE: June 17, 2019 |
| | ) | TIME: 10:00 a.m. |
| | ) | JUDGE: Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, David L. Gappa, counsel for plaintiff, and Assistant Federal Defender, Victor M. Chavez, counsel for defendant David William Unger, that the evidentiary hearing and status conference currently scheduled for June 3, 2019 may be continued to June 17, 2019 at 10:00 a.m.

The reason for this continuance is to permit additional time for a final decision to be made on Mr. Unger's application for admission to the Teen Challenge Program in Monterey, CA. As of May 30, 2019, no final decision had been made. The parties stipulate that these proceedings may be continued to June 17, 2019. By that time the parties will know if Mr. Unger has been admitted into the program, and they will be in a better position to argue how the court should proceed. The evidentiary hearing is also continued to that date.

///

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Dated: May 30, 2019 /s/ *David L. Gappa*
DAVID L. GAPPA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated: May 30, 2019 /s/ *Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
DAVID WILLIAM UNGER

**O R D E R**

IT IS SO ORDERED.

Dated: **May 31, 2019** **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

David W. Unger: Stipulation to Continue
Evidentiary/Status Conference Hearing