IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:06-cr-00361 LJO |
|---|---|
| Plaintiff, | **ORDER FOR RELEASE** |
| vs. | Date: July 29, 2019 |
| DAVID WILLIAM UNGER, | Time: 11:00 A.M. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

Defendant DAVID WILLIAM UNGER is to be **released from Fresno County Jail at 8:00 a.m. on Thursday, August 1, 2019 to a representative of the Federal Defender's office**. Mr. Unger is ordered to report to probation as directed by his probation officer, following his release, and immediately thereafter is ordered to report for intake to the Sober Living home located in Fresno, California, where he shall reside and participate in the program. The Federal Defenders Office shall transport Mr. Unger, as needed, to the probation office and to the program and notify the probation officer upon Mr. Unger's successful intake into the program.

IT IS SO ORDERED.

Dated: __**July 31, 2019**__         _____/s/ Lawrence J. O'Neill_____
                                                         UNITED STATES CHIEF DISTRICT JUDGE