HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, Bar #344683
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DAVID UNGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DAVID UNGER,<br><br>        Defendant. | Case No. 1:06-cr-00361-JLT<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER<br><br>Date:   August 14, 2023<br>Time:  10:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant David William Unger, that the Court may continue the sentencing hearing from July 24, 2023, to August 14, 2023, at 10:00 a.m.

The parties request this continuance to explore additional treatment and residential options while awaiting a response from Teen Challenge.

IT IS SO ORDERED.

Dated:   **July 19, 2023**

_____
UNITED STATES DISTRICT JUDGE